CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                                                  Civil Action No.: _____

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)    ❏    registered mail, return receipt requested
                   ❏    DHL
pursuant to the provisions of: (check one)
                   ❏    FRCP 4(f)(2)(C)(ii)
                   ❏    28 U.S.C. § 1608(a)(3)
                   ❏    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

_____
(Name and Address)