CO 939
Rev. 3/2016

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

MESA POWER GROUP, LLC
_____
Plaintiff(s)

vs.                                              Civil Action No.: __16-CV-1101__

GOVERNMENT OF CANADA
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __14__ day of __June__, 20__16__, I mailed:

1. ☐ One copy of the __summons and complaint__ by __registered mail, return receipt requested__, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the __summons, complaint and notice of suit__, together with a translation of each into the official language of the foreign state, by __registered mail, return receipt requested__, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the __summons, complaint and notice of suit__, together with a translation of each into the official language of the foreign state, by __certified mail, return receipt requested__, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the __summons and complaint__, together with a translation of each into the official language of the foreign state, by __registered mail, return receipt requested__, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By:   __/s/Jackie Francis__
Deputy Clerk