**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

UNITED STATES POSTAL SERVICE

Par Avion

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Administration des Postes des Etats-Unis d'Amérique

Return by the quickest route (air or surface mail), à découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Eric L. Lewis
Lewis Baach PLLC
1899 Pennsylvania Avenue N.W.
Suite 600
Washington, D.C. 20006

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

City, State, and ZIP + 4 (Localité et code postal)

UNITED STATES OF AMERICA   Etats-Unis d'Amérique

PS Form 2865, February 1997   Avis de réception   16cv1101 CN07 (Old C5)

pllc
Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006-3602

Government of Canada
c/o Deputy Attorney General of Canada
284 Wellington Street
Ottawa, Ontario
K1A 0H8
Canada



| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | | |

Ms. Sylvie Tabet
Counsel for the Government of Canada
Trade Law Bureau –Global Affairs Canada
125 Sussex Drive
Ottawa, Ontario
K1A 0G2 Canada

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)   Office of Destination Employee Signature (Signature de l'agent du bureau du destination)   Date

PS Form 2865, February 1997 (Reverse)   16 cv 1101

RETURN SERVICE REQUESTED
PAR AVION AIR MAIL

Lewis | Baach pllc
1899 Pennsylvania
Washi[ngton]

Ms. Sylvia Tabet
Counsel for the Government o[f]
Trade Law Bureau-Glabal Affai[rs]
125 Suxxes Drive
Ottawa, Ontario
K1A 0G2
Canada