Case 1:16-cv-01101-JDB   Document 8-3   Filed 06/14/16   Page 1 of 1

