UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC. <br> Petitioner, <br><br> - against - <br><br> GOVERNMENT OF CANADA, <br><br> Respondent. | Case No. 16-cv-1101 |

**ORDER**

This cause having come before the Court on the Expedited Motion of Mesa Power Group LLC's ("Mesa Power") for entry of an order authorizing service on Respondent's counsel, Ms. Sylvie Tabet, and incorporated Memorandum of Law (ECF No. 1), it is **ORDERED and ADJUDGED** that Petitioner's Motion is **GRANTED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(f)(1), 4(f)(3) and the Hague Service Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, the Clerk of this Court and Mesa Power are **DIRECTED** to deliver via Return Receipt for Registered International Mail two (2) copies of the: (1) Civil Cover Sheet; (2) Summons to the Government of Canada; (3) Petition and Motion to Vacate Arbitration Award; (4) Supporting Memorandum and Exhibits; (5) Request for Service Abroad of Judicial or Extrajudicial Documents; and the (5) Proposed Order to:

    a. Government of Canada
       c/o Deputy Attorney General of Canada
       Office of the Deputy Attorney General of Canada
       284 Wellington Street
       Ottawa, Ontario
       K1A 0H8

      Canada

  b. Ms. Sylvie Tabet
Counsel for the Government of Canada
Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, Ontario
K1A 0G2
Canada

2. Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and Rule 4(f)(3), the Clerk of this Court shall serve Ms. Sylvie Tabet as Counsel for the Government of Canada, by sending via DHL one (1) copy of: (1) Mesa Power's Petition and Motion to Vacate Arbitration Award; (2) Summons to the Government of Canada; (3) Civil Cover Sheet; (4) "Request for Service Abroad of Judicial or Extrajudicial Documents"; and (5) this Order to:

  a. Ms. Sylvie Tabet
Counsel for the Government of Canada
Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, Ontario,
K1A 0G2
Canada

3. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Mesa Power may serve Ms. Sylvie Tabet as Counsel for the Government of Canada by sending via FedEx (signature required) and Return Receipt for Registered International Mail one (1) copy of: (1) Mesa Power's Petition and Motion to Vacate Arbitration Award; (2) Summons to the Government of Canada; (3) Civil Cover Sheet; (4) "Request for Service Abroad of Judicial or Extrajudicial Documents"; and (5) this Order to:

  a. Ms. Sylvie Tabet
Counsel for the Government of Canada

>Trade Law Bureau
>Global Affairs Canada
>125 Sussex Drive
>Ottawa, Ontario
>K1A 0G2
>Canada

4. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Mesa Power may serve Ms. Sylvie Tabet as Counsel for the Government of Canada by sending via E-Mail with Delivery and Read Receipt Requested, one (1) copy of: (1) Mesa Power's Petition and Motion to Vacate Arbitration Award; (2) Summons to the Government of Canada; (3) Civil Cover Sheet; (4) "Request for Service Abroad of Judicial or Extrajudicial Documents"; and (5) this Order to: sylvie.tabet@international.gc.ca; and shane.spelliscy@international.gc.ca;

5. Mesa Power may file a copy of the FedEx "proof of signature", signature receipt, or any other substantially equivalent documents as proof that service has been effectuated on Defendants pursuant to Federal Rule of Civil Procedure 4(f)(1)-(3).

6. Mesa Power is **DIRECTED** to deliver the required documents to the Clerk's office within **5 days of this Order.** Mesa Power shall ensure that the Clerk has the requisite prepaid and preaddressed international express mail and FedEx envelopes to carry out the requirements of this Order at Mesa Power's expense, as well as any applicable service fees.

7. To the extent the service set out above (minus the transmittal of this Order) has already been accomplished, this Court deems that service to be effective *nunc pro tunc*.

DONE AND ORDERED in Chambers in the United States District Court for the District of Columbia, on this _____, day of June, 2016.

_____

Hon. John D. Bates