UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                                    )
MESA POWER GROUP, LLC.              )
                              Petitioner,         )
                                                    )   Case No. 16-cv-1101
         - against -                             )
                                                    )
GOVERNMENT OF CANADA,         )
                                                    )
                              Respondent.     )
                                                    )
_____   )

**DECLARATION OF ERRATA**

1. I am a partner in the law firm Lewis Baach, and am counsel to Petitioner in this matter.

2. On June 14, 2016, I filed three Affidavits Requesting Foreign Mailings. (ECF Nos. 5-7.)

3. The Affidavits mistakenly reflected that the requests were being made pursuant to 28 U.S.C. § 1608(a)(3). I intended the affidavits to request service based on the provisions of Federal Rule of Civil Procedure 4.

4. The requests for a foreign mailing by registered mail to the Government of Canada and its counsel, Ms. Sylvie Tabet (ECF Nos. 5 and 6) should have been made pursuant to FRCP 4(f)(1) and Article 10 of the Hague Service Convention, which provides for the service of judicial documents by "judicial officers, officials, or other competent persons."

5. The request for a foreign mailing by DHL to Counsel for the Government of Canada by registered mail (ECF No. 7) should have been made pursuant to FRCP 4(f)(2)(C)(ii).

6. A paralegal from my law firm delivered three packages to the Clerk's office yesterday. The first two were to be sent via international registered mail with return receipt to the Government of Canada via the Deputy Attorney General, and to Counsel to the Government of Canada, Ms. Sylvie Tabet, respectively. These packages each contained

two copies of the Summons to the Government of Canada, Civil Cover Sheet, Petition to Vacate Arbitration Award, Supporting Memorandum and Exhibits, and Proposed Order. The third package contained one copy of the same documents to be sent to Ms. Tabet via DHL.

7. I understand from the Clerk's certificate and attachments thereto, filed at ECF No. 8, that each of these packages was in fact sent out in the manner requested.

I declare that the foregoing is true and correct.

June 15, 2016

                                          s/ A. Katherine Toomey

                                          A. Katherine Toomey