**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MESA POWER GROUP, LLC. ) | |
| Petitioner, ) | |
| ) | Case No. 16-cv-1011 |
| - against - ) | |
| ) | |
| GOVERNMENT OF CANADA, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY APPLETON

Eric L. Lewis, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Barry Appleton to appear in this action as counsel for Petitioner. Pursuant to Local Rule 83.2(d), a declaration by Barry Appleton is being filed in support of this motion.

Dated: June 16, 2016

      /s/ Eric L. Lewis
**LEWIS BAACH PLLC**
Eric L. Lewis (D.C. Bar #394643)
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 833-8900
*eric.lewis@lewisbaach.com*