UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MESA POWER GROUP, LLC.

                Petitioner,

- against -

GOVERNMENT OF CANADA,

                Respondent.

_____

Case No. 16-cv-1011

## DECLARATION OF BARRY APPLETON

I, Barry Appleton state, under penalty of perjury:

1. My full name, address, telephone number, and email address are as follows:

   Barry Appleton
   Appleton & Associates
   800 Connecticut Avenue N.W.
   Washington D.C. 20006
   Telephone: (202)-293-0900
   Email: bappleton@appletonlaw.com

2. I have not previously applied for admission *pro hac vice* before the U.S. District Court of the District of Columbia;

3. I am a member in good standing of the highest court of the State of New York and Ontario, Canada;

4. I am neither under suspension or disbarment, nor have I been disciplined by any bar;

5. I do engage in the practice of law from an office located in the District of Columbia;

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

Dated: June 16, 2016

                                                                       /S/ Barry Appleton