**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MESA POWER GROUP, LLC.<br>　　　　　　　　Petitioner,<br><br>　- against -<br><br>GOVERNMENT OF CANADA,<br><br>　　　　　　　　Respondent. | )<br>)<br>)<br>)　Case No. 16-cv-1011<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY APPLETON**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Barry Appleton in the above-captioned matter and the Declaration of Barry Appleton in support thereof, it is this _____ day of _____, 2016, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Barry Appleton is **GRANTED**; and it is,

**FURTHER ORDERED**, that Barry Appleton is allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable John D. Bates