**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MESA POWER GROUP, LLC.

                Petitioner,

                Case No. 16-cv-1011

- against -

GOVERNMENT OF CANADA,

                Respondent.

_____

## RENEWED MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY APPLETON

Eric L. Lewis, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Renewed Motion for Admission *Pro Hac Vice* seeking permission for Barry Appleton to appear in this action as counsel for Petitioner. Pursuant to Local Rule 83.2(d), a revised declaration by Barry Appleton is being filed in support of this motion.

Dated: June 16, 2016

                /s/ Eric L. Lewis
              **LEWIS BAACH PLLC**
              Eric L. Lewis (D.C. Bar #394643)
              1899 Pennsylvania Avenue, NW, Suite 600
              Washington, DC 20006
              (202) 833-8900
              *eric.lewis@lewisbaach.com*