UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MESA POWER GROUP, LLC. | ) | |
| Petitioner, | ) | |
| | ) | Case No. 16-cv-1011 |
| - against - | ) | |
| | ) | |
| GOVERNMENT OF CANADA, | ) | |
| | ) | |
| Respondent. | ) | |

**REVISED DECLARATION OF BARRY APPLETON IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Barry Appleton, hereby declare:

1. My name, office address, and telephone number are as follows:

   Barry Appleton
   Appleton & Associates International Lawyers
   77 Bloor Street West, Suite 1800
   Toronto, Ontario M5S 1M2
   Tel: (416) 966-8800
   Email: bappleton@appletonlaw.com;

2. I have not previously been admitted *pro hac vice* in this Court;

3. I have been admitted to the following courts and bars:

   The Court of Appeals for the District of Columbia (Jun. 5, 1998) (DC. Bar No. 458636)
   The New York Bar (Jan. 22, 1991) (NY Bar No. 2396166)
   Law Society of Upper Canada (Ontario)  (Feb. 7, 1992) (Bar No. 32729R)
   United States Court of International Trade;

4. I am currently in good standing with all states, courts, and bars in which I am admitted.  I further certify that I have never been disciplined by any bar;

5. I no longer maintain an office located within the District of Columbia. I am a member in good standing of the Bar of the District of Columbia and do not have an application for membership pending;

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure;

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Toronto, Ontario, Canada, this 16th day of June, 2016.

                                                /s/ Barry Appleton
                                                Barry Appleton