**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MESA POWER GROUP, LLC. ) | |
| Petitioner, ) | |
| ) | Case No. 16-cv-1011 |
| - against - ) | |
| ) | |
| GOVERNMENT OF CANADA, ) | |
| ) | |
| Respondent. ) | |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY APPLETON**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Barry Appleton in the above-captioned matter and the Declaration of Barry Appleton in support thereof, it is this _____ day of _____, 2016, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Barry Appleton is **GRANTED**; and it is,

**FURTHER ORDERED**, that Barry Appleton is allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

_____
The Honorable John D. Bates