UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC. | ) |
| Petitioner, | ) |
| | ) Case No. 1:16-cv-01101-JDB |
| - against - | ) |
| | ) |
| GOVERNMENT OF CANADA, | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF PROPOSED ORDER**

PLEASE TAKE NOTICE that Petitioner files herewith a Proposed Order in connection with its Expedited Motion of Mesa Power Group LLC's ("Mesa Power") for entry of an order authorizing service on Respondent's counsel, Ms. Sylvie Tabet (DE 9).

Respectfully submitted,

June 16, 2016                           MESA POWER GROUP LLC


By:    s/ Eric. L. Lewis
Eric L. Lewis D.C. Bar No. 394643
**Lewis Baach PLLC**
1899 Pennsylvania Ave NW, Suite 600
Washington, D.C.  20006
Telephone No. 202 833 8900
Eric.Lewis@lewisbaach.com

*and*

| | |
|---|---|
| Edward M. Mullins—*admitted pro hac vice* | Barry Appleton, DC BAR #458636 |
| **Astigarrga Davis Mullins & Grossman, P.A.** | **Appleton & Associates** |
| 1001 Brickell Bay Drive, 9th Floor | 77 Bloor St. W, Suite 1800, Toronto, Ontario |
| Miami, FL  33131 | M5S 1M2 |
| Telephone No.  (305) 372-8282 | Telephone No.  416.966.8800 |
| emullins@astidavis.com | bappleton@appletonlaw.com |