UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                                        )

MESA POWER GROUP, LLC.            )
                   Petitioner,    )
                                  )   Case No. 1:16-cv-01101-JDB
      - against -                  )
                                  )
GOVERNMENT OF CANADA,     )
                                  )
                  Respondent.   )
                                  )
_____  )

**ORDER**

This cause having come before the Court on the Expedited Motion of Mesa Power Group LLC's ("Mesa Power") for entry of an order authorizing service on Respondent's counsel, Ms. Sylvie Tabet, and incorporated Memorandum of Law (DE 9), it is **ORDERED and ADJUDGED** that Petitioner's Motion is **GRANTED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(f)(3), this Court authorizes Mesa Power to serve Ms. Sylvie Tabet as Counsel for the Government of Canada by sending via FedEx (signature required) one copy of: (1) Mesa Power's Petition and Motion to Vacate Arbitration Award; (2) Summons to the Government of Canada; (3) Civil Cover Sheet; (4) "Request for Service Abroad of Judicial or Extrajudicial Documents"; and (5) this Order to:

    a. Ms. Sylvie Tabet
       Counsel for the Government of Canada
       Trade Law Bureau
       Global Affairs Canada
       125 Sussex Drive
       Ottawa, Ontario
       K1A 0G2
       Canada

2. Pursuant to Federal Rule of Civil Procedure 4(f)(3), this Court authorizes Mesa Power to serve Ms. Sylvie Tabet as Counsel for the Government of Canada via E-Mail with Delivery and Read Receipt Requested, with one copy of: (1) Mesa Power's Petition and Motion to Vacate Arbitration Award; (2) Summons to the Government of Canada; (3) Civil Cover Sheet; (4) "Request for Service Abroad of Judicial or Extrajudicial Documents"; and (5) this Order to: sylvie.tabet@international.gc.ca; and shane.spelliscy@international.gc.ca.

3. Mesa Power may file a copy of the FedEx "proof of signature", signature receipt, or any other substantially equivalent documents as proof that service has been effectuated on Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3).

4. In authorizing the methods of service noted above, the Court does not opine on the effectiveness of such methods of service.

DONE AND ORDERED in Chambers in the United States District Court for the District of Columbia, on this _____, day of June, 2016.

                                                            The Honorable John D. Bates
U.S. District Court Judge

*Copies furnished to:*

| | |
|---|---|
| *Counsel for Plaintiff*:<br><br>Eric L. Lewis<br>**Lewis Baach PLLC**<br>1899 Pennsylvania Ave NW #600,<br>Washington, DC 20006<br>Phone:(202) 833-8901<br>Eric.Lewis@lewisbaach.com<br><br>Edward M. Mullins<br>**Astigarraga Davis Mullins & Grossman, P.A.**<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, FL  33131<br>Telephone No.  (305) 372-8282<br>emullins@astidavis.com<br>*Pro hac vice admitted*<br><br>Barry Appleton<br>**Appleton & Associates**<br>77 Bloor St. W, Suite 1800, Toronto, Ontario M5S 1M2<br>Telephone No.  416.966.8800<br>bappleton@appletonlaw.com<br>*Pro hac vice admitted* | Government of Canada<br>c/o Ms. Sylvie Tabet<br>Office of the Deputy Attorney General of Canada<br>284 Wellington Street<br>Ottawa, Ontario<br>K1A 0H8<br>Canada<br><br>*Defendant*<br><br>Ms. Sylvie Tabet<br>Counsel for the Government of Canada<br>Trade Law Bureau<br>Global Affairs Canada<br>Department of Justice<br>125 Sussex Drive<br>Ottawa, Ontario,<br>K1A 0G2<br>Canada<br>Email: sylvie.tabet@international.gc.ca; shane.spelliscy@international.gc.ca.<br><br>*Counsel for Defendant* |