**CERTIFICATE OF SERVICE**

I, Eric L. Lewis, hereby certify that I served a true and correct copy of the documents listed on Schedule A, by International First Class Mail and International Federal Express, on:

Ms. Sylvie Tabet
Counsel for the Government of Canada
Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, Ontario,
K1A 0G2
Canada

Government of Canada
Deputy Attorney General of Canada
Office of the Deputy Attorney
General of Canada
284 Wellington Street
Ottawa, Ontario
K1A 0H8
Canada

In addition, on June 17, 2016, my firm served the documents on Schedule A via e-mail with delivery and read receipt requested to Ms. Sylvie Tabet and Mr. Shane Spelliscy. On the same day, pursuant to the Court's June 17, 2016 Order, Ms. Tabet and Mr. Spelliscy were served with the Petition, Supporting Memorandum and Exhibits, Summons, Civil Cover Sheet, and Hague Requests for Service Abroad, via e-mail with delivery and read receipt requested. A copy of those emails is attached hereto as Schedule B.

/s/ Eric L. Lewis
Eric L. Lewis

## SCHEDULE A

On June 15, 2016, the following documents were served by Federal Express and International First Class Mail:

> Expedited Motion for Service on Respondent's Lawyer Ms. Sylvie Tabet
> Incorporated Memorandum of Law
> Proposed Order

On June 20, 2016, the following documents were served by Federal Express and International First Class Mail:

> Notice of Appearance (A. Katherine Toomey)
> Expedited Motion for Service on Respondent's Lawyer Ms. Sylvie Tabet and Incorporated Memorandum of Law.
> Proposed Order on Motion for Service on Respondent's Lawyer Ms. Sylvie Tabet.
> Declaration of Errata.
> Motion for Admission Pro Hac Vice of Edward Mullins.
> Declaration of Edward Mullins.
> Proposed Order Granting Motion for Admission Pro Hac Vice of Edward Mullins.
> Motion for Admission Pro Hac Vice of Maria Cristina Cardenas.
> Declaration of Maria Cristina Cardenas.
> Proposed Order Granting Motion for Admission Pro Hac Vice of Maria Cristina Cardenas.
> Motion for Admission Pro Hac of Barry Appleton.
> Declaration of Barry Appleton.
> Proposed Order Granting Motion for Admission Pro Hac Vice of Barry Appleton.
> Renewed Motion for Admission of Pro Hac Vice of Barry Appleton.
> Revised Declaration of Barry Appleton in Support of Motion for Admission of Pro Hac Vice of Barry Appleton.
> Proposed Order Granting Motion for Admission Pro Hac Vice of Barry Appleton.
> Notice of Proposed Order in connection to Motion for Service on Respondent's Lawyer.
> Proposed Order in connection to Motion for Service on Respondent's Lawyer.

**Tara J. Plochocki**

| | |
|---|---|
| **From:** | Tara J. Plochocki |
| **Sent:** | Friday, June 17, 2016 3:28 PM |
| **To:** | sylvie.tabet@international.gc.ca; shane.spelliscy@international.gc.ca |
| **Cc:** | Eric L. Lewis; Edward Mullins (emullins@astidavis.com); 'Barry Appleton' (bappleton@appletonlaw.com); Cristina Cardenas (ccardenas@astidavis.com) |
| **Subject:** | Service of Additional Filings in Mesa Power Group LLC v. Government of Canada, 16-cv-1101 (U.S. Dist. Ct. DC) |
| **Attachments:** | 2016.06.14 #4 Notice of Appearance (A. Kate Toomey).pdf; 2016.06.14-06.17 #9 Motion for Order.pdf; 2016.06.14-06.17 #9_1 Text of Proposed Order.pdf; 2016.06.16 #11 Motion Pro Hac Vice-Edward Mullens.pdf; 2016.06.16 #11_1 Declaration of Edward Mullens.pdf; 2016.06.16 #11_2 Proposed Order.pdf; 2016.06.16 #12 Motion Pro Hac Vice Maria Cristina Cardenas.pdf; 2016.06.16 #12_1 Declaration of Maria Cristina Cardenas.pdf; 2016.06.16 #12_2 Proposed Order.pdf; 2016.06.16 #13 Motion Pro Hac-Barry Appleton.pdf; 2016.06.16 #13_1 Declaration of Barry Appleton.pdf; 2016.06.16 #13_3 Proposed Order.pdf; 2016.06.16 #14 Renewed Motion for Admission Barry Appleton.pdf; 2016.06.16 #14_1 Revised Declaration Barry Appleton.pdf; 2016.06.16 #14_2 Text of Proposed Order Granting Motion for Admission Barry Appleton.pdf; 2016.06.16 #15 Notice of Proposed Order.pdf; 2016.06.17 #15_1 Text of Proposed Order.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | sylvie.tabet@international.gc.ca | |
| | shane.spelliscy@international.gc.ca | |
| | Eric L. Lewis | Delivered: 6/17/2016 3:29 PM |
| | Edward Mullins (emullins@astidavis.com) | |
| | 'Barry Appleton' (bappleton@appletonlaw.com) | |
| | Cristina Cardenas (ccardenas@astidavis.com) | |

Dear Ms. Tabet and Mr. Spellicy:

Please find attached additional filings that have been made in Mesa Power Group LLC v. Government of Canada, 16-cv-1101 (U.S. Dist. Ct. DC).

Thank you,
Tara Plochocki

---

Tara J. Plochocki
Associate

**Lewis | Baach** pllc

1899 Pennsylvania Ave. N.W., Suite 600
Washington, DC  20006
Tel: 202.659.7217 direct dial
Fax: 202.466.5738

Bio | Email | Website

---

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*

**Tara J. Plochocki**

| | |
|---|---|
| **From:** | Tara J. Plochocki |
| **Sent:** | Friday, June 17, 2016 4:23 PM |
| **To:** | 'sylvie.tabet@international.gc.ca'; 'shane.spelliscy@international.gc.ca' |
| **Cc:** | 'Edward Mullins (emullins@astidavis.com)'; ''Barry Appleton' (bappleton@appletonlaw.com)'; 'Cristina Cardenas (ccardenas@astidavis.com)'; Eric L. Lewis; Katherine Toomey |
| **Subject:** | Notification of Filing of Petition to Vacate Arbitral Award Issued in PCA Case No. 2012-17, Mesa Power Group LLC v. Government of Canada |
| **Attachments:** | Petition.pdf; Supporting Memorandum.pdf; Summons Issued.pdf; Civil Cover Sheet.pdf; Proposed Order.pdf; Disclosure Statement.pdf; Hague Requests for Service Abroad.pdf; Exhibits 1-8.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'sylvie.tabet@international.gc.ca' | | |
| | 'shane.spelliscy@international.gc.ca' | | |
| | 'Edward Mullins (emullins@astidavis.com)' | | |
| | ''Barry Appleton' (bappleton@appletonlaw.com)' | | |
| | 'Cristina Cardenas (ccardenas@astidavis.com)' | | |
| | Eric L. Lewis | Delivered: 6/17/2016 4:23 PM | Read: 6/17/2016 4:24 PM |
| | Katherine Toomey | Delivered: 6/17/2016 4:23 PM | |

Dear Ms. Tabet and Mr. Spelliscy,

Pursuant to the special arrangement for communications and notifications agreed to by the parties pursuant to paragraph 16.3 of Procedural Order No. 1, and to the Court's order of June 17, 2016, please find attached Mesa Power Group LLC's Petition to Vacate the Arbitral Award Issued by the NAFTA Tribunal in PCA Case No. 2012-17, as well as the related Memorandum of Points and Authorities in Support of the Petition, Summons, Civil Cover Sheet, Proposed Order, and Corporate Disclosure Statement filed on Monday, June 13, 2016, in the United States District Court for the District of Columbia. Also attached are a Request for Service Abroad of Judicial or Extrajudicial Documents for the Government of Canada c/o Deputy Attorney General of Canada, and for Ms. Sylvie Tabet.

Regards,

Tara Plochocki

---

Tara J. Plochocki
Associate

Lewis | Baach pllc

1899 Pennsylvania Ave. N.W., Suite 600

1

Washington, DC  20006
Tel: 202.659.7217 direct dial
Fax: 202.466.5738

Bio | Email | Website

---

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*