UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC, )<br>)<br>Petitioner, )<br>)<br>- against- )<br>)<br>GOVERNMENT OF CANADA, )<br>)<br>Respondent. )<br>) | Case No. 16-cv-1101 |

MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Edward Baldwin, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Luis O'Naghten and Jessica Marroquin to appear as counsel for Respondent.  Pursuant to Local Rule 83.2(d), a declaration from Luis O'Naghten and a declaration for Jessica Marroquin are filed in support of this motion.

Dated this  9th day of August, 2016.

*/s/ Edward Baldwin*
**Baker & McKenzie, LLP**
Edward Baldwin (DC Bar # 973850)
815 Connecticut Ave. NW
Washington, D.C. 20006-4078
(202) 452-7046
Teddy.Baldwin@bakermckenzie.com