UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC, | ) )  ) |
| Petitioner, | ) ) |
| - against- | ) ) |
| GOVERNMENT OF CANADA, | ) ) |
| Respondent. | ) ) ) |

Case No. 16-cv-1101

DECLARATION OF JESSICA MARROQUIN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jessica Marroquin, state under penalty of perjury:

1. My name, office address, and telephone number are as follows:

   Jessica Marroquin
   Baker & McKenzie
   Sabadell Financial Center
   1111 Brickell Ave., Suite 1700
   Miami, Florida 33131
   Tel: (305) 789-8954

2. I have applied for admission in the District of Columbia and became a member of the District of Columbia Bar in 2016.  I have not applied for admission in the United States sDistrict Court for the District of Columbia.

3. I am an active member in good standing in the State of Florida and the District of Columbia.

4. I have been admitted to the Southern District of Florida.

5. I have not been disciplined by any bar.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of August, 2016.

Dated:  August 9, 2016                                              Respectfully submitted,

*/s/Jessica Marroquin*
Baker & McKenzie
Jessica Marroquin
Sabadell Financial Center
1111 Brickell Ave., Suite 1700
Miami, Florida 33131