UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MESA POWER GROUP, LLC, | ) ) ) | Case No. 16-cv-1101 |
| Petitioner, | ) ) |  |
| - against- | ) ) |  |
| GOVERNMENT OF CANADA, | ) ) |  |
| Respondent. | ) ) |  |

DECLARATION OF LUIS O'NAGHTEN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Luis O'Naghten, state under penalty of perjury:

1. My name, office address, and telephone number are as follows:

Luis O'Naghten
Baker & McKenzie
Sabadell Financial Center
1111 Brickell Ave., Suite 1700
Miami, Florida 33131
Tel: (305) 789-8987

2. I have not previously applied for admission before the courts of the District of Columbia.

3. I am an active member in good standing in the State of Florida and the Southern District of Florida.

4. I have been admitted to the Middle and Northern Districts of Florida, the Eleventh Circuit, and the Eastern District of New York (by *pro hac vice*).  Those memberships are no longer active.

5. I have not been disciplined by any bar.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of August, 2016.

Dated:  August 9, 2016                                          Respectfully submitted,

Baker & McKenzie
Luis O'Naghten
Sabadell Financial Center
1111 Brickell Ave., Suite 1700
Miami, Florida 33131