UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC<br>8117 Preston Road<br>Suite 260 West<br>Dallas, Texas 75225<br>　　　　　　　　Petitioner,<br><br>-against-<br><br>GOVERNMENT OF CANADA<br>Department of Foreign Affairs, Trade and<br>Development<br>Trade Law Bureau<br>Lester B. Pearson Building<br>125 Sussex Drive<br>Ottawa, Ontario<br>K1A 0G2<br>CANADA<br>　　　　　　　　Respondent. | Case No. 16-cv-1101 |

## **DECLARATION OF LUIS M. O'NAGHTEN**

I, Luis M. O'Naghten, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the Miami office of Baker & McKenzie LLP. I have practiced law since 1986. In addition to practicing law, I am an adjunct professor of law at the University of Miami School of Law where I teach a course entitled *Federal and State Arbitration.*

2. I submit this declaration in support of Canada's Counter-Petition to Confirm and Enforce Award and Answer in Opposition to Vacate Arbitration Award and Canada's Memorandum of Points and Authorities in Opposition to Petition to Vacate Arbitration Award and in Support of Counter-Petition to Confirm and Enforce Award.

3. The documents submitted as Exhibits A-B in support of Canada's Counter-Petition to Confirm and Enforce Award and Answer in Opposition to Vacate Arbitration Award, are true and correct copies of the original documents filed in the subject arbitration proceeding between Mesa Power Group, LLC and Government of Canada, assigned case number PCA Case No. 2012-17.

4. The documents and legal authorities submitted as Exhibits 1-32 in support of Canada's Memorandum of Points and Authorities in Opposition to Petition to Vacate Arbitration Award and in Support of Counter-Petition to Confirm and Enforce Award, are true and correct copies of the original documents.

1

Dated: August 16, 2016

_____
Luis M. O'Naghten