UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MESA POWER GROUP, LLC )<br>)<br>Petitioner, )<br>)<br>-against- )<br>)<br>GOVERNMENT OF CANADA )<br>)<br>Respondent. )<br>) | Case No. 16-cv-1101 |

## CERTIFICATE OF SERVICE

I, Tara J. Plochocki, hereby certify that I caused to be served under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters a true and correct copy of the Petition and Motion to Vacate Arbitration Award, Memorandum of Law in Support of the Petition and supporting exhibits, civil cover sheet, and executed Summons, all filed June 13, 2016, on:

Ms. Sylvie Tabet
Counsel for the Government of Canada
Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, Ontario,
K1A 0G2
Canada

Government of Canada
DEPUTY ATTORNEY GENERAL OF CANADA
William F. Pentney, Q.C.
Department of Justice
50 O'Connor Street
Suite 500
Ottawa, Ontario  K1A 0H8
Canada

Filed herewith are attestations confirming the above.

Dated: September 6, 2016                                        /s/ Tara J. Plochocki
                                                                                    Tara J. Plochocki