# DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identité et adresse du requérant<br>Identity and address of the applicant | Adresse de l'autorité destinataire<br>Address of receiving authority |
|---|---|
| A. Katherine Toomey<br>Attorney at law<br>Lewis Baach PLLC<br>1899 Pennsylvania Ave NW #600<br>Washington, DC 20006 | Ministry of the Attorney General, Ontario Court of Justice<br>393 Main Street<br>Haileybury, Ontario<br>P0J 1K0, Canada |

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

**(identité et adresse)**
**(identity and address)**

Ms. Sylvie Tabet
Counsel for the Government of Canada, Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, ON K1A 0G2, Canada

| | | |
|---|---|---|
| ☑ | a) | **selon les formes légales (article 5, alinéa premier, lettre a)*** <br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) | **selon la forme particulière suivante (article 5, alinéa premier, lettre b)*** :<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*: |
| ☐ | c) | **le cas échéant, par remise simple (article 5, alinéa 2)*** <br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)* |

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

*Énumération des pièces* / List of documents

Summons
Civil Cover Sheet
Petition and Motion to Vacate Arbitration Award
Memorandum of Points and Authorities in Support of Petition to Vacate Arbitration Award
Proposed Order Granting Petition to Vacate Arbitration Award
Corporate Disclosure Statement of Petitioner Mesa Power Group, LLC

\* s'il y a lieu / if appropriate

| **Fait à** / Done at | Washington, D.C., USA | **Signature et** / **ou cachet** |
|---|---|---|
| **le** / the | 14 June 2016 | Signature and/or stamp |

# ATTESTATION
## CERTIFICATE

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☑ **1. que la demande a été exécutée***
   that the document has been served*

| | |
|---|---|
| — le (date) / the (date): | AUGUST 04 2016 |
| — à (localité, rue, numéro):<br>at (place, street, number): | 125 SUSSEX DRIVE. OTTAWA, ON, K1A 0G2. |
| — dans une des formes suivantes prévues à l'article 5 :<br>in one of the following methods authorised by Article 5: | |
| ☐ a) selon les formes légales (article 5, alinéa premier, lettre a)*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* | |
| ☑ b) selon la forme particulière suivante*:<br>in accordance with the following particular method*: | PERSONAL SERVICE |
| ☐ c) par remise simple*<br>by delivery to the addressee, if he accepts it voluntarily* | |

Les documents mentionnés dans la demande ont été remis à :
The documents referred to in the request have been delivered to: SYLVIE TABET / GLOBAL AFFAIRS

| | |
|---|---|
| Identité et qualité de la personne :<br>Identity and description of person: | ROBERT BROOKFIELD |
| Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :<br>Relationship to the addressee (family, business or other): | DEPUTY LEGAL ADVISOR DIRECTOR GENERAL |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants*** :
   that the document has not been served, by reason of the following facts*:

☐ Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**Annexes** / Annexes  AS PER REQUEST.

| | |
|---|---|
| Pièces renvoyées :<br>Documents returned: | - |
| Le cas échéant, les documents justificatifs de l'exécution :<br>In appropriate cases, documents establishing the service: | |

* s'il y a lieu / if appropriate

| Fait à / Done at  CITY OF OTTAWA, ONTARIO<br>le / the   AUGUST 05 2016 | Signature et / ou cachet<br>Signature and/or stamp<br><br>MAXIME LORTIE |
|---|---|

# AVERTISSEMENT
## WARNING

**Identité et adresse du destinataire**
Identity and address of the addressee

Ms. Sylvie Tabet
Counsel for the Government of Canada, Trade Law Bureau
Global Affairs Canada
125 Sussex Drive
Ottawa, ON K1A 0G2, Canada

### TRÈS IMPORTANT

**LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.**

**SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.**

**LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

United States District Court for the District of Columbia
Clerk of the Court
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3000

**Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

# ÉLÉMENTS ESSENTIELS DE L'ACTE
## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4)*.

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

| | |
|---|---|
| **Nom et adresse de l'autorité requérante :**<br>Name and address of the requesting authority: | Eric L. Lewis<br>Attorney at law<br>Lewis Baach PLLC<br>1899 Pennsylvania Ave NW #600<br>Washington, DC 20006<br>Phone:(202) 833-8901 |
| **Identité des parties\* :**<br>Particulars of the parties\*: | Plaintiff - Mesa Power Group, LLC, 8117 Preston Road, Suite 260, Dallas Texas<br>Defendant - Government of Canada |

\* S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte
If appropriate, identity and address of the person interested in the transmission of the document

☑ **ACTE JUDICIAIRE\*\***
   **JUDICIAL DOCUMENT\*\***

| | |
|---|---|
| **Nature et objet de l'acte :**<br>Nature and purpose of the document: | Summons and notification of filing of petition to vacate an arbitral award |
| **Nature et objet de l'instance, le cas échéant, le montant du litige :**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute: | The proceeding seeks to vacate an arbitral award issued in Canada's favor for CDN $2,948,701 in costs and fees. |
| **Date et lieu de la comparution\*\* :**<br>Date and Place for entering appearance\*\*: | United States District Court for the District of Columbia by a lawyer licensed to practice before this court. |
| **Juridiction qui a rendu la décision\*\* :**<br>Court which has given judgment\*\*: | N/A |
| **Date de la décision\*\* ;**<br>Date of judgment\*\*: | N/A |
| **Indication des délais figurant dans l'acte\*\* :**<br>Time limits stated in the document\*\*: | Local Rule 7 of the United States District Court for the District of Columbia provides that opposing parties have 14 days from service of a motion to file memorandum of points and authorities in opposition to the motion. |

\*\* s'il y a lieu / if appropriate

☐ **ACTE EXTRAJUDICIAIRE\*\***
   **EXTRAJUDICIAL DOCUMENT\*\***

| | |
|---|---|
| **Nature et objet de l'acte :**<br>Nature and purpose of the document: | N/A |
| **Indication des délais figurant dans l'acte\*\* :**<br>Time limits stated in the document\*\*: | N/A |

\*\* s'il y a lieu / if appropriate

| EFFACER | | IMPRIMER |
|---|---|---|