UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| MESA POWER GROUP, LLC, ) | |
| ) | Case No. 16-cv-1101 |
| Petitioner, ) | |
| ) | |
| - against- ) | |
| ) | |
| GOVERNMENT OF CANADA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward Baldwin, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Shane Spelliscy to appear as counsel for Respondent. Pursuant to Local Rule 83.2(d), a declaration from Shane Spelliscy is being filed in support of this motion.

Dated: May 30, 2017

_____
**Baker & McKenzie, LLP**
Edward Baldwin (DC Bar # 973850)
815 Connecticut Ave. NW
Washington, D.C. 20006-4078
(202) 452-7046
Teddy.Baldwin@bakermckenzie.com