UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MESA POWER GROUP, LLC, | ) ) ) | Case No. 16-cv-1101 |
| Petitioner, | ) ) |  |
| - against- | ) ) |  |
| GOVERNMENT OF CANADA, | ) ) |  |
| Respondent. | ) ) |  |

DECLARATION OF SHANE SPELLISCY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Shane Spelliscy, state under penalty of perjury:

1. My name, office address, and telephone number are as follows:

Shane Spelliscy
Global Affairs Canada
Trade Law Bureau
125 Sussex Dr.
Ottawa, Ontario K1A 0G2
Phone: 343-203-2232

2. I have not previously applied for admission before the courts of the District of Columbia.

3. I am a member in good standing of the highest court of the State of New York.

4. I am neither under suspension or disbarment, nor have I been disciplined by any bar.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of May, 2017.

Respectfully submitted,

<u>/s/ Shane Spelliscy</u>
Shane Spelliscy
Global Affairs Canada
Trade Law Bureau
125 Sussex Dr.
Ottawa, Ontario K1A 0G2