UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| MESA POWER GROUP, LLC, | ) | |
| | ) | Case No. 16-cv-1101 |
| Petitioner, | ) | |
| | ) | |
| - against- | ) | |
| | ) | |
| GOVERNMENT OF CANADA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY SHANE SPELLISCY *PRO HAC VICE*

The Court has reviewed Respondent's motion for admission of attorney Shane Spelliscy *pro hac vice*. Finding good cause exists, the Court GRANTS Shane Spelliscy *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____   _____
                                     The Honorable John D. Bates
                                     United States District Court Judge